# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE TENNESSEE DIVISION

In re:

|  |  |
|---|---|
| KEVIN WALTER LEONARD | Case No. 18-05071-RM3-13 |
| BRANDY MICHELLE LEONARD | |
| Debtor(s) | |

## Chapter 13 Trustee's Final Report and Account

Henry E. Hildebrand, III, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/30/2018.

2) The plan was confirmed on 10/23/2018.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 07/25/2019.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 08/01/2019.

5) The case was dismissed on 08/26/2019.

6) Number of months from filing to last payment: 12.

7) Number of months case was pending: 14.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $8,700.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $17,368.23 | |
| Less amount refunded to debtor | $0.00 | |
| **NET RECEIPTS:** | | **$17,368.23** |

## Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $2,806.33 | |
| Court Costs | $310.00 | |
| Trustee Expenses & Compensation | $607.87 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$3,724.20** |

Attorney fees paid and disclosed by debtor:  $0.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| 1305 CLAIM | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| ADVANCE FINANCIAL | Unsecured | 1,553.43 | NA | NA | 0.00 | 0.00 |
| AMERICAN CREDIT ACCEPTANCE | Secured | 21,000.00 | 21,856.99 | 21,856.99 | 2,859.45 | 895.75 |
| AMERICAN HONDA FINANCE CORPC | Secured | 6,128.50 | 6,343.13 | 6,343.13 | 830.42 | 343.57 |
| AMERICAN INFOSOURCE AS AGENT | Unsecured | 1,700.00 | 1,734.52 | 1,734.52 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP | Unsecured | 2,175.00 | 2,133.78 | 2,133.78 | 0.00 | 0.00 |
| ATLAS ACQUISITIONS LLC | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA NA | Unsecured | 5,579.38 | 5,579.38 | 5,579.38 | 0.00 | 0.00 |
| BECKET AND LEE LLP | Unsecured | 1,409.00 | 1,833.03 | 1,833.03 | 0.00 | 0.00 |
| BECKET AND LEE LLP | Unsecured | 877.07 | 792.76 | 792.76 | 0.00 | 0.00 |
| BELK GECRB | Unsecured | 942.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 865.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 1,482.00 | NA | NA | 0.00 | 0.00 |
| CARRINGTON MORTGAGE SERVICES | Secured | 85,396.00 | 85,053.43 | 0.00 | 6,379.84 | 0.00 |
| CARRINGTON MORTGAGE SERVICES | Secured | 1,610.00 | 1,619.96 | 1,619.96 | 0.00 | 0.00 |
| CARRINGTON MORTGAGE SERVICES | Secured | 2,429.58 | 0.00 | 2,392.44 | 0.00 | 0.00 |
| CARRINGTON MORTGAGE SERVICES | Secured | NA | 650.00 | 650.00 | 0.00 | 0.00 |
| CASH EXPRESS | Unsecured | 596.76 | NA | NA | 0.00 | 0.00 |
| CASH EXPRESS | Unsecured | 263.25 | NA | NA | 0.00 | 0.00 |
| CERASTES LLC | Unsecured | 248.00 | 248.00 | 248.00 | 0.00 | 0.00 |
| ELECTRONIC EXPRESS SYNCHRONY | Unsecured | 2,337.91 | NA | NA | 0.00 | 0.00 |
| FORD MOTOR CREDIT COMPANY LL | Secured | 12,763.23 | 12,389.05 | 12,389.05 | 1,664.86 | 670.14 |
| HARPETH FINANCIAL SERVICES | Unsecured | 4,691.76 | 4,135.12 | 4,135.12 | 0.00 | 0.00 |
| HARPETH FINANCIAL SERVICES LLC | Unsecured | NA | 4,920.36 | 4,920.36 | 0.00 | 0.00 |
| NPRTO SOUTH EAST LLC | Unsecured | NA | 1,627.78 | 1,627.78 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 558.00 | 609.21 | 609.21 | 0.00 | 0.00 |
| STATE FARM MUTUAL AUTO INS CO | Unsecured | 9,130.04 | 9,025.11 | 9,025.11 | 0.00 | 0.00 |
| SUMNER COUNTY GENERAL SESSIO | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| SUMNER RADIOLOGY | Unsecured | 143.00 | NA | NA | 0.00 | 0.00 |
| VIP MIDSOUTH LLC | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| WALMART SYNCHRONY BANK | Unsecured | 2,328.66 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**  **Case No. 18-05071**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| WALMART SYNCHRONY BANK | Unsecured | 621.00 | NA | NA | 0.00 | 0.00 |
| WAMU CHASE | Unsecured | 1,963.00 | NA | NA | 0.00 | 0.00 |
| WORLD FINANCE CO | Unsecured | 1,070.00 | 906.36 | 906.36 | 0.00 | 0.00 |
| WORLD FINANCE CO | Unsecured | NA | 832.09 | 832.09 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $6,379.84 | $0.00 |
| Mortgage Arrearage | $4,662.40 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $34,246.04 | $4,524.31 | $1,565.89 |
| All Other Secured | $6,343.13 | $830.42 | $343.57 |
| **TOTAL SECURED:** | **$45,251.57** | **$11,734.57** | **$1,909.46** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$34,377.50** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,724.20 |
| Disbursements to Creditors | $13,644.03 |
| | |
| **TOTAL DISBURSEMENTS :** | **$17,368.23** |

**UST Form 101-13-FR-S (9/1/2009)**   **Case No.   18-05071**

Case 3:18-bk-05071   Doc 58   Filed 10/04/19   Entered 10/04/19 13:16:21   Desc
Page 3 of 4

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 10/04/2019                    By: /s/ Henry E. Hildebrand, III
                                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**                    **Case No.  18-05071**